# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Green v. U.S. Bureau of Prisons</u> | : | CIVIL NO. 3:CV-08-1417 |
| | | : | |
| Inmate: | Bernard Green | : | (Judge Kosik) |
| | | : | |
| ID Number: | 35870-053 | : | (Magistrate Judge Mannion) |

## ORDER

On July 30, 3008, Bernard Green, an inmate currently confined at the United States Penitentiary, Lewisburg, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in a civil rights case.  By Administrative Order dated July 31, 2008, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

*s/EDWIN M. KOSIK*
United States District Judge

DATE:  September  4 , 2008